1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:     (408) 535-5040
   Facsimile:     (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,        | Case No. 5:22-cr-00383-BLF
13 |     Plaintiff,                   |
   |                                  | STIPULATION AND [~~PROPOSED~~] ORDER
14 |   v.                             | CONTINUING STATUS CONFERENCE
15 |                                  | **UNDER SEAL**
   | TYLER THOMAS BOTTENHORN,         |
16 |                                  |
   |     Defendant.                   |
17

18

19     It is hereby stipulated by and between counsel for the United States and counsel for Defendant

20  Tyler Bottenhorn ("Defendant") that the status conference currently set in this matter for August 13,

21  2024, be continued until Tuesday, December 3, 2024, at 9:00 AM.  Defendant plead guilty on November

22  7, 2023, and the parties do not anticipate requesting that a sentencing date be set until all related criminal

23  matters are resolved.  Accordingly, the parties stipulate and respectfully request that the status

24  conference currently scheduled for August 13, 2024, be continued until December 3, 2024.

25     The undersigned Assistant United States Attorney certifies that he has obtained approval from

26  counsel for the defendant to file this stipulation and proposed order.

27

28

STIPULATION AND [~~PROPOSED~~] ORDER                                                                    1
CASE NO. 5:22-CR-00383-BLF

| | |
|---|---|
| IT IS SO STIPULATED. | ISMAIL J. RAMSEY<br>United States Attorney<br><br>__/s/_____<br>MICHAEL G. PITMAN<br>Assistant United States Attorney<br><br>__/s/_____<br>VARELL FULLER<br>Counsel for Defendant Tyler Bottenhorn |

[~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status conference for Defendant Tyler Bottenhorn currently scheduled in this matter for August 13, 2024, is continued to December 3, 2024, at 9:00 AM.

IT IS SO ORDERED.

DATED: August 7, 2024

_____
HON. BETH LABSON FREEMAN
United States District Judge