1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    MARTHA BOERSCH (CABN 126569)
3   Chief, Criminal Division

4   MICHAEL G. PITMAN (DCBN 484164)
    Assistant United States Attorney
5   150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
6   Telephone:    (408) 535-5040
    Facsimile:    (408) 535-5081
7   Email: michael.pitman@usdoj.gov

8   Attorneys for United States of America

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,            Case No. 5:22-cr-00383-BLF

13       Plaintiff,                      STIPULATION AND [PROPOSED] ORDER
                                         PARTIALLY UNSEALING
14       v.

15  TYLER THOMAS BOTTENHORN,             **UNDER SEAL**

16       Defendant.

17

18

19       It is hereby stipulated by and between counsel for the United States and counsel for Defendant

20  Tyler Bottenhorn ("Defendant"), that this matter may be unsealed with the exception of the Plea

21  Agreement filed on or about November 7, 2023, because the disclosure of the existence of this matter is

22  no longer likely to jeopardize the progress of the investigation, but the Plea Agreement contains

23  sensitive information.

24       The undersigned Assistant United States Attorney certifies that he has obtained approval from

25  counsel for the Defendant to file this stipulation and proposed order.

26

27

28

STIPULATION AND [PROPOSED] ORDER          1
Case No. 5:22-cr-00383-BLF

1    IT IS SO STIPULATED

2                                                         ISMAIL J. RAMSEY
                                                          United States Attorney

3                                                         s/ Michael G. Pitman
                                                          _____
                                                          MICHAEL G. PITMAN
4                                                         Assistant United States Attorney

5                                                         s/ Varell Fuller
                                                          _____
6                                                         VARELL FULLER
                                                          Counsel for Defendant Tyler Bottenhorn

7

8                              [PROPOSED] ORDER

9         Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED,

10   that the above-captioned matter be unsealed with the exception of the Plea Agreement, filed on or about

11   November 7, 2023, which shall remained sealed pending further order of the Court.

12

13   IT IS SO ORDERED.

14

15

16   DATED: _____         _____

17                                                          HON. VIRGINIA K. DEMARCHI
                                                            United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER              2
Case No. 5:22-cr-00383-BLF