UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 22-CR-00383 BLF |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] **ORDER OF FORFEITURE MONEY JUDGMENT** |
| TYLER THOMAS BOTTENHORN, | ) | |
| Defendant. | ) | |

Having considered the Motion for Forfeiture Money Judgment filed by the United States, and the defendant's conviction on November 7, 2023, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

- Forfeiture Money Judgment in the amount of $244,247.

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Order of Forfeiture Money Judgment, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal

Procedure, this Order of Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this __23rd__ day of January, 2026

_____
HON. BETH LABSON FREEMAN
United States District Judge

[PROPOSED] ORDER OF FORFEITURE MONEY JUDGMENT
22-CR-00383 BLF                                                                          2